UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON VALES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. CHEN, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO.   1:09-cv-2164-MJS (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 7) |

　　　　Plaintiff Clinton Vales ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On August 8, 2010, the Court ordered Plaintiff to show cause before September 6, 2010 as to why his case should not be dismissed for failure to obey an order to update the Court as to his current address. (ECF No. 7.)  On August 17, 2010, Plaintiff filed a change of address form indicating that he has been transferred to a different prison and informing the Court of his current address.  (ECF No. 9.)  Plaintiff also filed a response to the Court's order to show cause stating that such transfer had occurred.  (ECF No. 10.)

　　　　Accordingly, the Court's Order to Show Cause (ECF No. 7) is DISCHARGED.  The Court will screen Plaintiff's Complaint in due course.

IT IS SO ORDERED.

Dated:　August 19, 2010　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE